

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL R. NEVAREZ, as Trustee of the 1010 S. Oregon Family Trust, in rem only, GLORIA GONZALEZ, in rem only, and IRENE JOHNSON a/k/a IRENE GONZALEZ JOHNSON, in rem only, | § § § § | No. 08-22-00061-CV Appeal from the 327th Judicial District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2011TX569) |
| THE CITY OF EL PASO, | § | |
| Appellee. | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF MAY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.